405 A.2d 537

Commonwealth v. McKoy, Appellant.

Submitted December 6, 1977. Archie McKoy, appellant, in forma pauperis; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, WATKINS, former P. JJ., and HOFFMAN, J., did not participate in the consideration or decision of this case.